UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

BENNY T. WARR and NINA M. WARR

                Plaintiffs,

v.

MITCHELL STEWART, II
JAMES SHEPPARD, CITY OF ROCHESTER

                Defendants.

NOTICE OF MOTION

Civil Action No.: 13-CV-6508

---

| | |
|---|---|
| MOTION BY: | Defendants, Mitchell Stewart, II, James Sheppard, City of Rochester |
| DATE AND TIME: | |
| RELIEF REQUESTED: | Summary Judgment |
| GROUNDS: | FRCP 56 |
| LOCATION: | Hon. Marian W. Payson, U.S. Magistrate Judge United States District Court for the Western District of New York 100 State Street Rochester, New York 14614 |
| SUPPORTING PAPERS: | Statement of Undisputed Facts with Exhibits and Memorandum of Law |

Defendants reserve the right to reply to any responding papers.

DATED: August 5, 2016

                Brian F. Curran, Corporation Counsel

              BY: _____
                Spencer L. Ash, Esq., of Counsel

Attorneys for Defendants
30 Church Street, Room 400A City Hall
Rochester, New York 14614
Telephone: (585) 428-6699

TO: Charles F. Burkwit, Esq.
      Attorney for Plaintiffs
      16 E. Main Street, Suite 450
      Rochester, NY 14614
      (585) 546-1588