◣AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __NEW YORK__

BENNY T. WARR and NINA M. WARR,
          Plaintiffs,

**EXHIBIT AND WITNESS LIST**

vs.

Case Number: 13-CV-6508-EAW-MWP

ANTHONY R. LIBERATORE,
JOSEPH M. FERRIGNO, II,
MITCHELL R. STEWART, II,
JAMES M. SHEPPARD and
CITY OF ROCHESTER,
          Defendants.

| PRESIDING JUDGE<br>Hon. Marian W. Payson | | | | | PLAINTIFF'S ATTORNEY<br>Charles F. Burkwit, Esq. | DEFENDANT'S ATTORNEY<br>Spencer L. Ash, Esq. of counsel |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | | | | | **Disc** - Cell phone video taken by Tache Young – Dated: 5/1/13 – 2:58 in length. | |
| 2 | | | | | **Disc** - Blue Light camera Video – Jefferson Ave. & Bartlett Street – Dated: 5/1/13 – Time frame: 8:04:40 p.m. to 8:51:50 p.m. | |
| 3 | | | | | **Disc** - Blue Light Camera Video – Elbow & Knee Strikes – Dated: 5/1/13 | |
| 4 | | | | | **Disc** – various Blue Light Camera Footage 8:10:55 p.m. to 8:44:45 p.m. | |
| 5 | | | | | **Disc** - Mary Adams – containing cell phone Audio – VN-2013-05-14-11-06:40 AMR | |
| 6 | | | | | **Disc** – Colbert cell phone video of incident | |
| 7 | | | | | **Disc** - Photos Referenced by Expert Michael Levine | |
| 8 | | | | | **Disc** - Photos Referenced by Expert Michael Levine – with Edits | |
| 9 | | | | | **Enlarged Photo** – Aerial View of Jefferson Ave. and Bartlett St. | |
| 10 | | | | | **Enlarged Photo** – Aerial View – West Side of Jefferson Ave. and Bartlett St. | |

| | | | | | |
|---|---|---|---|---|---|
| 11 | | | | | **Enlarged Photo** – Aerial View – East Side of Jefferson Ave. and Bartlett St. |
| 12 | | | | | **Photo 1** – Scene – Bus stop |
| 13 | | | | | **Photo 2** – Scene – Close up view of 595 Jefferson Ave. – Original Mojoe's |
| 14 | | | | | **Photo 3** – Scene – Bus stop sign |
| 15 | | | | | **Photo 4** – Scene – Bus stop sign – distance and close up view |
| 16 | | | | | **Photo 5** – Scene – Original Mojoe's sign – bus stop – view of intersection |
| 17 | | | | | **Photo 6** – Scene – Bartlett Sign at Jefferson/Bartlett intersection |
| 18 | | | | | **Photo 7** – Scene – Bartlett Sign at Jefferson/Bartlett intersection – Atl. View |
| 19 | | | | | **Photo 8** – Scene – Zoomed in Aerial view of Jefferson and Bartlett |
| 20 | | | | | **Photo 9** – Scene – Close up of Zack Mini Mart – on Jefferson Avenue |
| 21 | | | | | **Photo 10** – Scene – Close up of 581 Jefferson Street |
| 22 | | | | | **Photo 11** – Scene – Close up of grey building on Jefferson Avenue (Swan Building) |
| 23 | | | | | **Photo 12** – Scene – Warren's Pharmacy parking lot – Original Mojoe's sign |
| 24 | | | | | **Photo 13** – Scene – Close up of Royal's Food Market – Jefferson |
| 25 | | | | | **Photo 14** – Scene – Overhead Bartlett Street and Jefferson Avenue |
| 26 | | | | | **Photo 15** – Scene – Bus at Jefferson Ave./Bartlett St. bus stop |
| 27 | | | | | **911 Call printout aka "Officer's Job Card"** – Bartlett Street and Jefferson Avenue – Dated: 5/1/13 |
| 28 | | | | | **Officer Liberatore – Information/Complaint** – Benny Warr Arrest - Dated: 5/1/13 |
| 29 | | | | | **Officer Ferrigno – Information/Complaint** – Benny Warr Arrest - Dated: 5/1/13 |
| 30 | | | | | **Officer Ferrigno – Incident Report** – Benny Warr Arrest - Dated: 5/1/13 |
| 31 | | | | | **Officer Ferrigno – Supporting Deposition** – Benny Warr Arrest - Dated: 6/24/13 |
| 32 | | | | | **Benny Warr – Prisoner Data Report** – Dated: 5/1/13 |
| 33 | | | | | **Officer Ferrigno – Subject Resistance Report** – Dated: 5/1/13 |
| 34 | | | | | **Officer Liberatore – Subject Resistance Report** – Dated: 5/1/13 |
| 35 | | | | | **Sergeant Stewart – Subject Resistance Report** – Dated: 5/1/13 |

| # | | | | | Description |
|---|---|---|---|---|---|
| 36 | | | | | **Email from Andrew McPherson to Michael Callari** – Dated: 5/13/13 – Re: Review of SRRs from Ferrigno, Liberatore, and Stewart with regard to Benny Warr |
| 37 | | | | | **Handwritten Statement of Mary Adams** – Dated: 5/15/13 |
| 38 | | | | | **Handwritten Statement of Derrick Latham** – Dated: 4/15/14 |
| 39 | | | | | **Affidavit of Tache Young** – Dated: 5/25/13 |
| 40 | | | | | **Handwritten Statement of La'Shonda C. Flowers** – Dated: 5/22/13 |
| 41 | | | | | **Internal Departmental Correspondence** – Lt. Anzalone to Lt. Callari Re: elbow strike to Benny Warr – Dated: 5/8/13 |
| 42 | | | | | **PSS Investigative Summary for Benny Warr** - Case #13-0455 – Dated: 9/3/13 |
| 43 | | | | | **Chief Sheppard's Review of PSS – Benny Warr** - Case #13-0455 |
| 44 | | | | | **Concise Officer History** – Sergeant Stewart |
| 45 | | | | | **Concise Officer History** – Chief Sheppard |
| 46 | | | | | **Concise Officer History** – Officer Liberatore |
| 47 | | | | | **Concise Officer History** – Officer Ferrigno |
| 48 | | | | | **Complaint Against Officer Ferrigno** – By: Laron Buchanan – PSS#: 13-1227 – Dated: 4/4/14 |
| 49 | | | | | **Complaint Against Officers Ferrigno and Liberatore** – By: Kiev Philp PSS#: 12-0253 – Dated: 5/15/12 |
| 50 | | | | | **Complaint Against Officers Ferrigno and Liberatore** – By: Jamie Gilmore – PSS#10-1217 Dated: 4/1/11 |
| 51 | | | | | **Complaint Against Officers Ferrigno and Liberatore** – BY: Ronald Todd–PSS#10-0724 Dated: 9/13/10 |
| 52 | | | | | **Complaint Against Officers Ferrigno and Liberatore** – By: Aramandra Flowers – PSS# 13-0457 – and Albertha Higgins – PSS#13-0458 – Dated: 2/17/14 |
| 53 | | | | | **Complaint Against Officer Ferrigno** – By: Tonda Richardson – PSS#12-1035– Dated: 2/17/14 |
| 54 | | | | | **Complaint Against Officer Ferrigno** – By: Darnell Williams – PSS#12-0568– Dated: 3/17/13 |
| 55 | | | | | **Complaint Against Officers Ferrigno and Liberatore** – By: Jamick Baxter and Jaquil Baxter PSS# 2013-0641– Dated: 10/4/13 |
| 56 | | | | | **Complaint Against Officer Gonzalez** – By Fandino Wilson – PSS#: 10-1193 – Dated: 5/13/11 – Wheelchair Use of Force Incident |
| 57 | | | | | **Complaint Against Officer Ferrigno** - US Dist. Court, Western Dist. of New York – By Robin Turner – Dated: 4/15/11 |

| # | | | | | Description |
|---|---|---|---|---|---|
| 58 | | | | | Memo to Officer Ferrigno from Lt. Singletary– Re: PSS#12-0568 – Dated: 4/10/13 |
| 59 | | | | | Memo to Officer Ferrigno from Commander Farina – Re: PSS#10-217– Dated: 6/30/11 |
| 60 | | | | | Memo to Officer Ferrigno from Sgt. Rivers – Re: Failure to call out – Dated: 11/2/12 |
| 61 | | | | | Memo to Officer Liberatore from Sgt. Rivers – Re: Failure to call out – Dated: 10/27/12 |
| 62 | | | | | Memo to Officer Ferrigno from Lt. Singletary – Re: Use of Force – Dated: 9/6/13 |
| 63 | | | | | Memo to Sgt. Tordai from Officer Ferrigno – Re: Response to Memo – Dated: 9/11/13 |
| 64 | | | | | Memo to Officer Ferrigno from Sgt. Bello – Re: Counseling Memo – Dated: 8/16/14 |
| 65 | | | | | Memo to Officer Ferrigno from Sgt. Stewart – Re: Counseling Memo – Dated: 12/18/14 |
| 66 | | | | | PSS Inventory 2010-2014 – Contained in Michael Levine Report |
| 67 | | | | | Monroe County DSS – Personal Injury Lien - for 5-1-13 date of loss – Benny Warr |
| 68 | | | | | Centers for Medicare and Medicaid Services – Payment Summary Form – Benny Warr – Dated: December 6, 2018 |
| 69 | | | | | Criminal History of Benny Webb – Dated: 1/30/15 |
| 70 | | | | | RPD General Order: Arrest #585 |
| 71 | | | | | RPD General Order: Subject Resistance Report #335 |
| 72 | | | | | RPD General Order: Discipline #301 |
| 73 | | | | | RPD General Order: Americans with Disabilities Act #517 |
| 74 | | | | | Memo from Officer Liberatore to Commander List – Re: PSS# 13-0455 – Dated: 8/28/13 |
| 75 | | | | | Memo from Officer Ferrigno to Commander List – Re: PSS# 13-0455 – Dated: 8/28/13 |
| 76 | | | | | PSS Testimony of Officer Ferrigno - Referenced by Plaintiff's Expert Michael Levine – Case # 13-0455 – Dated:6/13/13 – pg. 4, lines 12-20; pg. 6, lines 4-17; pg. 7, lines 11-25; pg. 8, lines 1-25; pg. 9, lines 1-25; pg. 10, lines 1-25; pg. 11, lines 2-6; pg. 12, lines 8-20; pg. 15, lines 24-25; pg. 16, line 1 and 8-24; pg. 17, lines 16-25; pg. 18, lines 2-5; pg. 20, lines 22-25; and pg. 32, lines 1-8. |
| 77 | | | | | PSS Testimony of Sergeant Stewart - Referenced by Plaintiff's Expert Michael Levine – Case # 13-0455 – Dated: 6/20/13 – pg. 6, lines 17-25; pg. 7 lines 1-25; pg. 8, lines 1-7; pg. 15, lines 2-5 and pg. 17, lines 3-12. |
| 78 | | | | | PSS Testimony of Officer Liberatore - Referenced by Plaintiff's Expert Michael Levine – Case # 13-0455 – Dated: 6/10/13 Pg. 3, |

| # | | | | | Description |
|---|---|---|---|---|---|
| | | | | | lines 23-25; pg. 4, lines 1-21; pg. 5, lines 24-25; pg. 6, lines 1-15; pg. 9, lines 3-19; pg. 10 1-19; pg. 11, lines 7-25; pg. 12, lines 1-6, 11-16 and 21-25; pg. 13, lines 1-14 and 20-22; pg. 14, lines 16-24; pg. 15, lines 14-18; pg. 19, lines 10-25; pg. 20, lines 1-7; pg. 21, lines 6-11 and 16-18; pg. 22, lines 20-25; pg. 23, lines 1-8 and 13-16. |
| 79 | | | | | **PSS Testimony of Officer Ferrigno – for Plaintiff's Direct Case – Dated: 6/13/13** - pg. 3, line 25; pg. 4, lines 1-11; pg. 11, lines 15-25; pg. 12, lines 1-25; pg. 13, lines 1-8; pg. 14, lines 11-25; pg. 15, lines 1-18; pg. 16, lines 2-4; pg. 18, lines 6-11; pg. 22, lines 14-25; pg. 23, lines 1-3; pg. 26, lines 13-20. |
| 80 | | | | | **PSS Testimony of Officer Liberatore – for Plaintiff's Direct Case – Dated: 6/13/13** - pg. 8, lines 6-12; pg. 23, lines 9-12; |
| 81 | | | | | **PSS Testimony of Sergeant Stewart – for Plaintiff's Direct Case – Dated: 6/20/13** pg. 6, lines 17-25; pg. 7, lines 1-3. |
| 82 | | | | | **Deposition Testimony of Capt. Michael Callari-Referenced by Plaintiff's Expert Michael Levine – Dated: 1/17/16** - pg. 53, lines 17-25. **Designated use for Plaintiff's Direct Case**: Pg. 5, lines 8-17; pg. 6, lines 19-25; pg. 7, lines 2-12; pg. 9, lines 15-22; pg. 18, lines 8-15; pg. 20, lines 4-17; pg. 21, lines 4-25; pg. 22, lines 2-19; pg. 23, lines 21-25; pg. 24, lines 2-5 and 21-25; pg. 25, lines 2-7; pg. 29, lines 11-24; pg. 39, lines 20-25; pg. 40, lines 2-8 and 19-25; pg. 41, lines 2-7 and 23-25; pg. 42, lines 2-8 and 23-25; pg. 43, line 2 and lines 8-25; pg. 44, lines 2-25; pg. 45, lines 2-17; pg. 46, lines 8-25; pg. 47, lines 2-25; pg. 48, lines 2-4; pg. 71, lines 12-16; pg. 77, lines 4-13; pg. 111, lines 13-17; pg. 114, lines 7-13 and pg. 123, lines 13-23. |
| 83 | | | | | **Deposition Testimony of Tache Young -Referenced by Plaintiff's Expert Michael Levine – Dated: 3/30/15** - pg. 11, lines 2-25; pg. 12, lines 1-24; pg. 13, lines 1-25; pg. 14, lines 1-25; pg. 15, lines 17-25; pg. 16, lines 1-18; pg. 17, lines 3-15; pg. 18, lines 9-25; pg. 19, lines 1-12; pg. 24, lines 10-25; pg. 25, lines 1-3 and 24-25; pg. 26, lines 1-16; pg. 28, lines 13-25; pg. 29, lines 6-25; pg. 30, lines 1-25; pg. 35, lines 24-25 and pg. 36, lines 1-14. |
| 84 | | | | | **Deposition Testimony of Officer Ferrigno -Referenced by Plaintiff's Expert Michael Levine – Dated: 2/13/15** - pg. 42, lines 19-25; pg. 43, lines 1-2; pg. 51, lines 12-25; pg. 52, lines 1-2; pg. 54, lines 4-14; pg. 66, lines 23-25; pg. 67, lines 1-10; pg. 73, lines 21-25 and pg. 74, lines 21-25; pg. 86, lines 18-25; pg. 87, lines 1-11; pg. 89, lines 6-25; pg. 95, line 25, pg. 96, lines 1-25; pg. 97, line 1 and lines 24-25, pg. 98, lines 1-17; pg. 104, lines 4-25; pg. 105, lines 1-25, pg. 106, lines 1 and 19-25; pg. 107, lines 1-22; pg. 108, lines 17-25; pg. 109, lines 1-25; pg. 110, lines 1-19 and 21-25; pg. 111, lines 1-4; pg. 112, lines 1-4 and 21-25; pg. 113, lines 1-6; pg. 117, lines 2-12; pg. 118, lines 20-25; pg. 120, lines 12-19; pg. 121, lines 1-25; pg. 132, lines 18-21; pg. 133, lines 7-25; pg. 134, lines 1-13; pg. 140, |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | lines 23-25; pg. 141, lines 1-13; pg. 142, lines 8-25 and pg. 143, lines 1-15. |
| 85 | | | | | **Deposition Testimony of Derrick Latham** -Referenced by Plaintiff's Expert Michael Levine – Dated: 3/30/15 - pg. 48, lines 6-11; pg. 13, lines 1-25; pg. 14, lines 1-13; pg. 15, lines 13-24; pg. 17, lines 16-19; pg. 18, lines 21-25; pg. 19, lines 1-25, pg. 20, lines 1-17; pg. 21, lines 15-25; pg. 27, lines 6-16; pg. 28, lines 24-25; pg. 26, lines 6- 23; pg. 29, lines 1-16 and 17-25; pg. 30, lines 1-5; pg. 39, lines 19-25; pg. 40, lines 1-25; pg. 41, lines 1-9; pg. 100, lines 11-25 and pg. 101, lines 1-7. |
| 86 | | | | | **Deposition Testimony of Officer Anthony Liberatore** - Referenced by Plaintiff's Expert Michael Levine – Dated: 2/13/15 - pg. 16, lines 5-25; pg. 17, lines 1-9; pg. 28, lines 23-25; pg. 29, lines 1-9; pg. 31, lines 16-25; pg. 32, lines 1-25; pg. 33, lines 1-25; pg. 39, lines 3-21; pg. 54, lines 2-11; pg. 63, lines 11-20; pg. 65, lines 3-25; pg. 66, lines 1-25; pg. 67, lines 1-18; pg. 68, lines 9-25; pg. 69, lines 1-25; pg. 70, lines 2-6; pg. 71, lines 20-21; pg. 72, lines 1-3; pg. 74, lines 5-18 and 21-25; pg. 75, lines 1-9; pg. 76, lines 1-25; pg. 77, lines 1-25; pg. 78, lines 1-13; pg. 81, lines 10-12 and 20-22; pg. 82, lines 7-25; pg. 83, lines 1-25; pg. 84, lines 1-17 and 25; pg. 85, lines 1-3 and 10-25; pg. 86, line 1; pg. 87, lines 6-20; pg. 93, lines 4-25 and pg. 94, lines 1-6. |
| 87 | | | | | **Deposition Testimony of Sergeant Mitchell Stewart** - Referenced by Plaintiff's Expert Michael Levine – Dated: 2/18/15 - pg. 36, lines 19-25; pg. 37, lines 1-12; pg. 57, lines 21-25, pg. 58, lines 1-4; pg. 64, lines 1-14 and 16-25; pg. 74, lines 8-18; pg. 75, lines 7-24; pg. 83, lines 9-19; pg. 84, lines 5-13 and 16-22; pg. 88, lines 17-25; pg. 89, lines 1-25, pg. 90, lines 1-25; pg. 91, lines 1-25; pg. 98, lines 20-25; pg. 99, lines 1-5 and 18-25; pg. 100, lines 1-25; pg. 117, lines 2-13; pg. 121, lines 21-25; pg. 122, lines 1-12; pg. 124, lines 3-25; pg. 125, lines 1-12 and pg. 134, lines 3-15. |
| 88 | | | | | **Deposition Testimony of Chief James M. Sheppard** - Referenced by Plaintiff's Expert Michael Levine – Dated:2/18/15 - pg. 19, lines 14-18; pg. 20, lines 14-21; pg. 40, lines 11-16; pg. 41 lines 23-25; pg. 131 lines 3-17; pg. 31, lines 16-20; pg. 31, lines 21-24; pg. 120, line 25; pg. 121, lines 1-11; pg. 16, lines 15-17; pg. 113 8-15; pg. 70, lines 2-9; pg. 71, lines, 2-9; pg. 72, lines 17-25; pg. 106, lines 9-11; pg. 136, lines 17-19; pg. 107, lines 14-18; pg. 54, lines 3-15; pg. 59, lines 6-17; pg. 61, lines 5-18; pg. 61, lines 19-23; pg. 93, lines 2-6; pg. 125, lines 19-25; pg.128, lines 23-25; pg. 129, lines 1-6. |
| 89 | | | | | **Deposition Testimony of Mary Adams** -Referenced by Plaintiff's Expert Michael Levine – Dated: 3/30/15 - pg. 11, lines 2-23; pg. 13, lines 24-25; pg. 14, lines 1-25; pg. 15, lines 1-16; pg. 16, lines 7-25; pg. 17, lines 1-23; pg. 19, lines 5-25; pg. 22, lines 3- |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   |   |   |   | 25; pg. 23, lines 1-9; pg. 30, lines 22-25; pg. 31, lines 1-25 and pg. 32, lines 1-5. |
| 90 |   |   |   |   | **Deposition Testimony of Officer Joseph Ferrigno – for Plaintiff's Direct Case -Dated: 2/13/15** – pg. 19, lines 6-8; pg. 23, line 25; pg. 24, lines 2-20; pg. 25, lines 8-14; pg. 26, lines 20-23; pg. 27, lines 16-23; pg. 32, lines 8-13; pg. 33, lines 17-25; pg. 34, lines 2-25; pg. 35, lines 2-11; pg. 39, lines 3-7; and 17-25; pg. 40, lines 2-25; pg. 41, lines 2-3; pg. 43, lines 3-6 and 23-25; pg. 44, lines 2-3 and 23-25; pg. 45, lines 2-5 and 16-25; pg. 49, lines 6-11; pg. 67, lines 11-25; pg. 68, lines 2-20; pg. 85, lines 23-25; pg. 86, lines 2-25; pg. 87, lines 2-25; pg. 88, lines 2-5; pg. 97, lines 13-23; pg. 101, lines 4-16; pg. 108, lines 5-8; pg. 111, lines 24-25; pg. 112, lines 2-9; pg. 118, line 25; pg. 119, lines 2-6; pg. 123, lines 13-15; pg. 125, lines 3-25; pg. 126, lines 2-18; pg. 128, lines 14-19; pg. 129, lines 22-25; pg. 130, lines 2-6; pg. 131, lines 8-13 and 18-25; pg. 132, lines 2-10; pg. 135, lines 24-25; pg. 136, lines 2-6 and 18-25; pg. 137, lines 2-6. |
| 91 |   |   |   |   | **Deposition Testimony of Officer Anthony Liberatore – for Plaintiff's Direct Case - Dated: 2/13/15** – pg. pg. 11, lines 6-25; pg. 12, lines 6-12; pg. 15, lines 23-25; pg. 16, lines 2-25; pg. 17, lines 2-15; pg. 24, lines 19-25; pg. 25, lines 2-16; pg. 26, lines 10-25; pg. 27, line 2; pg. 28, lines 23-25; pg. 29, lines 2-12; pg. 39, lines 16-24; pg. 40, lines 9-13; pg. 46, lines 2-22; pg. 63, lines 3-25; pg. 68, lines 6-8 and 20-25; pg. 69, lines 2-12 and 19-25; pg. 70, lines 2-3, 18-21 and 25; pg. 71, lines 2-3; pg. 76, lines 12-25; pg. 77, lines 2-24; pg. 82, lines 7-22. |
| 92 |   |   |   |   | **Deposition Testimony of Sergeant Mitchell Stewart II – for Plaintiff's Direct Case - Dated: 2/18/15** – pg. 13, lines 13-20; pg. 49, lines 24-25; pg. 50, lines 2-3; pg. 56, lines 14-16; pg. 58, lines 18-22; pg. 75, lines 4-6; pg. 84, lines 14-22; pg. pg. 105, lines 4-7; pg. 106, lines 13-24; pg. 113, lines 9-15; pg. 131, lines 20-23; pg. 136, lines 6-8. |
| 93 |   |   |   |   | **Plaintiff's Amended Expert Report - Ronald R. Reiber, Ph. D.** – Dated: December 7, 2018 |
| 94 |   |   |   |   | **Plaintiff's Amended Expert Report - Kenneth Reagles,** Ph. D. – Dated: December 6, 2018 |
| 95 |   |   |   |   | **Plaintiff's Expert Report - Michael Levine** – Report, Dated March 11, 2016 |
| 96 |   |   |   |   | **Plaintiff's Supplemental Expert Report - Michael Levine** – Dated December 6, 2018 |
| 97 |   |   |   |   | **Plaintiff's Expert Report – Dr. Clifford J. Ameduri** – Dated: March 21, 2016 |
| 98 |   |   |   |   | **Plaintiff's Supplemental Expert Report – Dr. Clifford J. Ameduri** – Dated: December 10, 2018. |
| 99 |   |   |   |   | **Plaintiff's Expert - Michael J. Kuttner, Ph.D.–Psychological Evaluation**– Dated: 4/5/16 |

| | | | | | |
|---|---|---|---|---|---|
| 100 | | | | | Plaintiff's Expert Report - Michael J. Kuttner, Ph.D.– Psychological Evaluation – Dated: |
| 101 | | | | | Medical Records – Benny Warr - Rural Metro Ambulance: 5/1/13 |
| 102 | | | | | Medical Records – Benny Warr - Strong Memorial Hospital – ER: 5/1/13 |
| 103 | | | | | Medical Records – Benny Warr - Strong Memorial Hospital– ER: 10/16/13 |
| 104 | | | | | Medical Records – Benny Warr - Strong Memorial Hospital– ER: 1/1/14 |
| 105 | | | | | Medical Records – Benny Warr - Strong Memorial Hospital– ER: 4/2/16 |
| 106 | | | | | Medical Records - Benny Warr - Highland Hospital Medical Imaging - PRIOR: 8/6/04 Left Hip–7/14/08 Right Shoulder – 11/20/08 Pelvis –10/14/10 Left Hip –10/14/10 Abdominal–1/28/13 |
| 107 | | | | | Medical Records – Benny Warr - Highland Hospital Medical Imaging - AFTER: Left Hip - 5/10/13 Left Hip - 3/4/14 Lumbar–3/4/14 Cervical –3/4/14 Right Knee - 6/2/14 Cervical - 9/29/14 |
| 108 | | | | | Medical Records - Benny Warr - Mark A. Brown, M.D.–Jefferson Family Medicine: 8/9/13, 9/4/13, 9/10/13, 9/25/13, 10/18/13, 10/24/13, 10/29/13, 11/22/13, 11/29/13, 12/13/13, 1/3/14, 1/17/14, 2/11/14, 2/14/14, 3/6/14, 4/9/14, 4/23/14, 5/28/14, 6/4/14, 6/11/14, 7/2/14, 7/9/14, 8/6/14, 8/13/14, 8/29/14, 9/5/14, 9/10/14, 10/6/14, 11/7/14, 12/8/14, 1/7/15, 2/10/15, 3/16/15, 4/13/15, 6/5/15, 6/10/15, 8/5/15, 10/7/15, 11/18/15, 1/18/16, 3/21/16, 6/13/16, 7/15/16, 9/2/16, 9/16/16, 10/28/16, 12/2/16, 6/19/17, 11/30/17, 5/17/18, 7/3/18, 9/28/18 |
| 109 | | | | | Medical Records - Benny Warr - Rochester Pain Management: 4/20/16, 5/11/16, 5/18/16, 5/25/16, 6/15/16, 7/6/16, 8/3/16, 10/17/18, 11/5/18, 11/20/18 |
| 110 | | | | | Medical Records - Benny Warr - Michael Stanton, M.D.–EMG: 6/7/13 |
| 111 | | | | | Medical Records - Benny Warr - Borg & Ide Imaging- Brain MRI: 7/30/14 Cervical MRI–2/12/15 Cervical CT Addendum–2/16/15 |
| 112 | | | | | Medical Records - Benny Warr - Metcare TX Pharmacy (Med X Care): 5/1/12 –4/17/15 |
| 113 | | | | | Medical Records - Benny Warr - Allen D. Pettee, M.D.: 6/10/14 |
| 114 | | | | | Medical Records - Benny Warr - Nathan Odom, M.D.:4/9/15, 7/8/15 |
| 115 | | | | | Medical Records- Benny Warr - Rochester General Hospital Pain Clinic: 10/11/13, 1/7/14, 3/3/14, 5/5/14, 8/11/14, 11/13/14, 2/9/15, 4/27/15 |
| 116 | | | | | Medical Records - Benny Warr - Catholic Family Center: 5/16/13, 5/24/13, 6/12/13, 6/21/13, 7/11/13, 8/5/13, 8/13/13, |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 9/24/13, 10/7/13, 10/14/13, 10/22/13, 11/12/13, 12/6/13, 12/13/13, 1/13/14, 1/21/14, 1/28/14, 2/20/14, 2/25/14, 3/7/14, 3/25/14, 3/27/14, 4/2/14, 5/23/14, 6/6/14, 6/27/14, 7/1/14, 7/11/14, 7/23/14, 8/12/14, 9/16/14, 9/23/14, 10/7/14, 10/11/14, 10/28/14, 11/5/14, 11/24/14, 12/8/14, 1/9/15, 1/21/15, 2/4/15, 2/17/15, 3/3/15, 3/26/15, 4/8/15, 4/17/15, 5/4/15, 5/15/15, 6/26/15, 7/7/15, 7/21/15, 8/5/15, 10/5/15, 11/12/15, 12/7/15 - Discharged 3/9/16 |
| 117 | | | | | **Medical Records - Benny Warr - Gary Tebor, M.D.**: 9/19/13 |
| 118 | | | | | **Medical Records - Benny Warr - Clifford Ameduri, M.D.**: 2/26/14, 3/11/14 (EMG), 3/21/14, 5/21/14, 7/21/14, 9/26/14, 11/7/14, 1/5/15, 3/26/15, 5/21/15, 7/17/15, 9/11/15, 11/9/15, 1/11/16, 3/7/16, 5/3/16, 7/5/16, 8/25/16, 10/26/16, 1/31/17, 5/2/17, 11/21/18 |
| 119 | | | | | **Medical Records - Benny Warr - University Medical Imaging** AFTER: CT–Head–5/1/13, CT –Cervical–5/1/13, X-Ray –Left hip–5/1/13, X-Ray –Lumbar –5/1/13, X-Ray –Thoracic –5/1/13, X-Ray –Right Knee –5/1/13, X-Ray –Left Clavicle–5/1/13, X-Ray –Right Clavicle –5/1/13, X-Ray—Chest-5/1/13 |
| 120 | | | | | **Medical Records - Benny Warr - Genesee Valley Physical Therapy-Discharged 7/9/14–32 Visits**: 1/14/14, 1/16/14, 1/20/14, 1/23/14, 1/27/14, 1/30/14, 2/10/14, 2/13/14, 2/24/14, 2/27/14, 3/6/14, 3/17/14, 3/20/14, 3/24/14, 4/3/14, 4/7/14, 4/10/14, 4/17/14, 4/21/14, 4/24/14, 4/28/14, 5/1/14, 5/8/14, 5/15/14, 5/19/14, 5/22/14, 6/2/14, 6/5/14, 6/9/14, 6/12/14, 6/19/14, 6/23/14 |
| 121 | | | | | **Medical Records– Benny Warr - Genesee Valley Physical Therapy–5/6/15–2/24/16—29 Visits**: 5/6/15, 5/14/15, 5/21/15, 5/28/15, 6/1/15, 6/4/15, 6/15/15, 7/2/15, 7/9/15, 7/16/15, 7/23/15, 7/30/15, 8/6/15, 8/13/15, 9/16/15, 10/15/15, 10/15/15, 10/26/15, 10/29/15, 11/2/15, 11/5/15, 11/9/15, 11/12/15, 11/16/15, 11/19/15, 11/23/15, 11/30/15, 12/7/15, 12/10/15, 12/14/15, 12/17/15, 12/21/15, 1/11/16, 1/13/16, 1/18/16, 1/25/16, 2/3/16, 2/8/16, 2/10/16, 2/17/16, 2/24/16. |
| 122 | | | | | **Medical Records– Benny Warr -Bradley Vanheukelum, M.D.– Anthony L. Jordan Health Center**- PRIOR: 6/30/06, 6/19/08, 7/11/08, 7/18/08, 8/11/08, 9/11/08, 9/17/08, 10/16/08, 10/30/08, 12/10/08, 1/12/09, 1/28/09, 2/11/09, 2/17/09, 2/18/09, 6/26/09, 8/12/09, 9/16/09, 11/11/09, 11/25/09, 1/15/10, 2/23/10, 4/5/10, 5/4/10, 6/2/10, 7/2/10, 8/2/10, 9/3/10, 10/1/10, 11/1/10, 11/10/10, 1/18/11, 3/1/11, 5/24/11, 8/12/11, 8/24/11, 9/7/11, 9/14/11, 9/21/11, 10/6/11, 10/19/11, 10/21/11, 10/24/11, 10/26/11, 11/2/11, 11/14/11, 5/1/12, 6/6/12, 12/6/12, 12/18/12, 1/16/13, 4/3/13, 4/17/13, 4/18/13 |
| 123 | | | | | **Medical Records– Benny Warr - Bradley Vanheukelum, M.D. – Anthony L. Jordan Health Center** - LABS |

| 124 | | | | | **Medical Records- Benny Warr - Bradley Vanheukelum, M.D. – Anthony L. Jordan Health Center** AFTER: 5/3/13, 5/8/13, 5/15/13, 5/22/15, 6/5/13, 6/21/13, 7/17/13, 7/31/13 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.