# UNITED STATES DISTRICT COURT

WESTERN      DISTRICT OF      NEW YORK

BENNY T WARR & NINA M WARR

V.

ANTHONY R LIBERATORE, et al.

## EXHIBIT AND WITNESS LIST

Case Number: 13-CV-6508

| PRESIDING JUDGE<br>Hon. Marian W. Payson | PLAINTIFF'S ATTORNEY<br>Charles F. Burkwit | DEFENDANT'S ATTORNEY<br>Spencer Ash |
|---|---|---|
| TRIAL DATE (S)<br>January 22, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 400 | | | | Plaintiff's Complaint |
| | 401 | | | | Defendants' Answer |
| | 402 | | | | Deposition Transcript of Benny Warr |
| | 403 | | | | Deposition Transcript of Mary Adams |
| | 404 | | | | Deposition Transcript of Tache Young |
| | 405 | | | | Deposition Transcript of Derrick Latham |
| | 406 | | | | RPD Rap Sheet of Derrick E. Latham |
| | 407 | | | | Blue Light Surveillance Footage - Redacted |
| | 408 | | | | Photos of Benny Warr taken from surveillance footage on May 1, 2013 |
| | 409 | | | | RPD Crime Investigation Reports from 2004-2011 regarding Benny Warr |
| | 410 | | | | RPD Dispatch Log |
| | 411 | | | | Subject Resistance Reports of Officers Ferrigno, Liberatore and Stewart |
| | 412 | | | | Officer Ferrigno Incident Report |
| | 413 | | | | RPD Use of Force Matrix |
| | 414 | | | | Calls for Police services for the 400-500 blocks of Jefferson Avenue between 2012 and 2013 |
| | 415 | | | | Callari Deposition Transcript |
| | 416 | | | | Public Safety Initiative regarding the need for "Aggressive Policing" |
| | 417 | | | | PSS, RPD Command and CRB Investigative Summary - Lazlo Tordai |
| | 418 | | | | Correspondence from Andrew J. McPherson dated May 13, 2013 |
| | 419 | | | | Civilian Review Board's Findings |
| | 420 | | | | Chief of Police Sheppard's PSS Findings |
| | 421 | | | | Video of Use of Force by Defendants |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | NEW YORK |

BENNY T WARR & NINA M WARR

V.

ANTHONY R LIBERATORE, et al.

## EXHIBIT AND WITNESS LIST

Case Number:  13-CV-6508

| PRESIDING JUDGE<br>Hon. Marian W. Payson | PLAINTIFF'S ATTORNEY<br>Charles F. Burkwit | DEFENDANT'S ATTORNEY<br>Spencer Ash |
|---|---|---|
| TRIAL DATE (S)<br>January 22, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 422 |  |  |  | Dr. Raplh Benedict's IME Report |
|  | 423 |  |  |  | Dr. Robert Molinari's IME Report |
|  | 424 |  |  |  | Benny Warr's Medical Records |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.